UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HENRY JUMONVILLE ET AL

VERSUS

HERCULES, INC., ET AL

CIVIL ACTION

NO. 10-393-BAJ-SCR

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated September 22, 2010, to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the plaintiffs' motion to remand (doc. 11) is **DENIED**.

Baton Rouge, Louisiana, this 27th day of October, 2010.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA